IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  21-CR-40052-JPG |
| | ) | |
| ZACHARIAH D. GREENE, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF FACTS**

Comes now the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and George A. Norwood, Assistant United States Attorney, together with the defendant, ZACHARIAH D. GREENE, and his counsel of record, Peter Cohen, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

**Count 1**

From on or about December 2020, until on or about June 2021, in Jackson, Williamson, and Alexander Counties, within the Southern District of Illinois, the Defendant and others agreed to commit a crime - the distribution of methamphetamine.

During the course of the conspiracy, the Defendant was obtaining dealer amounts of methamphetamine from co-conspirator J.V. and then redistributing the methamphetamine. The defendant stated that he initially purchased methamphetamine from J.V. through co-defendant Jenna Isaacson. Isaacson was the middleman between J.V. and several other people, including the defendant. The defendant and a couple of other individuals were pooling their money and

bringing it to Isaacson who would take their money to J.V. and buy methamphetamine for them. Isaacson stated J.V. charged $400.00 for an ounce of methamphetamine. Isaacson stated she would charge the defendant and others $600.00 for an ounce, get the money, then give J.V. $400.00 per ounce, ad keep the remainder as profit.

The defendant then began purchasing methamphetamine directly from J.V. Court-authorized wiretaps showed the Defendant obtaining methamphetamine from J.V. on a "front" (J.V. would give some or all of the drugs to the Defendant on credit, the Defendant would sell the drugs, and then the defendant would pay J.V. after the drugs had been sold). The Defendant would sometimes advise J.V. that the Defendant already had a customer waiting to purchase the methamphetamine. The Defendant and J.V. both knew that the Defendant was obtaining the methamphetamine from J.V. for the purpose of the Defendant redistributing the methamphetamine to the Defendant's customers.

Records from a court-authorized wiretap of J.V.'s telephone show that the defendant had 103 communications with J.V.'s phone number (44 audio calls and 59 text messages) between 4/9/21 and 5/14/21.

Williamson, Jackson, and Alexander Counties are within the Southern District of Illinois.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the Defendant's involvement in this criminal activity.

|  |  |
|---|---|
| _____<br>ZACHARIAH D. GREENE<br>Defendant | RACHELLE AUD CROWE<br>United States Attorney<br><br>_____<br>George Norwood<br>Assistant United States Attorney |
| _____<br>Peter Cohen<br>Attorney for Defendant |  |
| Date: 5/23/23 | Date: 5/23/23 |